IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| SHAUN PROFIT (K-79496) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 3:24-cv-50102 |
| | ) | |
| DR. LARRY SY, DR. MEHAK QURESHI, | ) | Hon. Iain D. Johnston |
| SUSAN TUELL and NP SWORD, | ) | |
| DIETARY SUPERVISOR SHIPMA, | ) | Hon. Margaret J. Schneider |
| WEXFORD HEALTH SOURCE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, DR. MEHAK QURESHI'S, MOTION TO DISMISS**

NOW COMES the Defendant, DR. MEHAK QURESHI ("Dr. Qureshi"), by her attorneys, PRETZEL & STOUFFER, CHARTERED, and moves to dismiss portions of the Amended Complaint filed by SHAUN PROFIT (K-79496) ("the Plaintiff"), pursuant to Federal Rule of Civil Procedure 8, 10(b), and 12(b)(6), and states as follows:

1. The Plaintiff is an inmate who is currently incarcerated at Dixon Correctional Center, serving an eighteen-year sentence for armed robbery, and an eighteen-year sentence for attempted murder.

2. The Plaintiff's Amended Complaint stems from care and treatment of the Plaintiff's kidneys.

3. The Plaintiff asserts that Dr. Qureshi was deliberately indifferent to his medical needs.

4. The Plaintiff has alleged in the Amended Complaint that he was seen by Dr. Qureshi from September 7, 2022, to March 6, 2024, at the University of Illinois Hospital.

5. The Plaintiff's Amended Complaint should be dismissed with respect to Dr. Qureshi, as the Plaintiff failed to plead a case of deliberate indifference against Dr. Qureshi.

6. In addition, the Plaintiff's Amended Complaint should be dismissed with respect to Dr. Qureshi, as no valid 1983 action exists, as Dr. Qureshi is not a state actor.

7. The Plaintiff's Complaint likewise violates Federal Rules of Civil Procedure 10 and should be dismissed on this basis.

8. The Defendants further submit a memorandum of law in support of her motion to dismiss the Amended Complaint with respect to Dr. Qureshi.

WHEREFORE, for the foregoing reasons, the Defendant, DR. MEHAK QURESHI, respectfully requests that this Honorable Court enter an order dismissing this lawsuit with prejudice, and for such other relief as this Court deems just and proper.

By: /s/ Michael A. Barry

PRETZEL & STOUFFER, CHARTERED

ARDC # 6295841

**ATTORNEY FOR MEHAK QURESHI, M.D.**
Michael A. Barry – 6295841
Pretzel & Stouffer, Chartered
200 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 578-7865
mbarry@pretzel-stouffer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this Motion to Dismiss on behalf of the Defendant. **MEHAK QURESHI, M.D.**, was filed this 10$^h$ day of November, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

I also hereby certify that a true and correct copy of the foregoing document was served via regular mail to the Plaintiff by depositing the same in the U.S. mail located in Chicago, Illinois with proper postage prepaid, before the hour of 5:00 p.m., on November 10, 2025. I certify that the statements set forth herein are true and correct.

**PRO SE PLAINTIFF:**
Shaun Profit (K-79496)
Dixon Correctional Center
2600 North Brinton Avenue
Dixon, IL 61021

**ATTORNEY FOR SUSAN TUELL, NP, LARRY SY, M.D., SHELSEA SWORD, NO AND WEXFORD HEALTH SOURCES, INC.**
Matthew H. Weller
Cassiday Schade, LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606-2903
Tel: (312) 641-3100
mweller@cassiday.com

Joseph Myles Ranvestel
Cassiday Schade, LLP
973 Featherstone Road, Suite 125
Rockford, IL 61107
Tel: (815) 964-8014
jranvestel@cassiday.com

Steven Joseph Gorski
Cassiday Schade, LLP
973 Feathersone Road, Suite 125
Rockford, IL 61107
Tel: (815) 962-8301
sgorski@cassiday.com

                s/Michael A. Barry
                Michael A. Barry - 6295841

**ATTORNEY FOR MEHAK QURESHI, M.D.**

Michael A. Barry – 6295841
Pretzel & Stouffer, Chartered
200 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 578-7865
mbarry@pretzel-stouffer.com